Argued and submitted October 30, affirmed November 22, 2000

In the Matter of the Compensation of
Lonny W. Gallagher, Claimant.

Lonny W. GALLAGHER,
*Petitioner,*

*v.*

SAIF CORPORATION,
Medford Corporation,
Medite Corporation,
and Compro, Inc.,
*Respondents.*

(99-00300; CA A109195)

14 P3d 616

Robert F. Webber argued the cause for petitioner. With him on the brief was Black, Chapman, Webber & Stevens.

Jerome P. Larkin argued the cause and filed the brief for respondents SAIF Corporation and Medford Corporation.

Gene L. Platt argued the cause for respondents Medite Corporation and Compro, Inc. With him on the brief was Cummins, Goodman, Fish & Platt, P.C.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Affirmed. *Wantowski v. Crown Cork & Seal*, 164 Or App 214, 991 P2d 574 (1999).